| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter ___11___ |

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
| --- | --- | --- |
| 1. | **Debtor's name** | Unicorns and Unicorns, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4792638 |

| | | | |
| --- | --- | --- | --- |
| 4. | **Debtor's address** | **Principal place of business** <br><br> 2980 Allesandro Street, Ste 100 <br> Los Angeles, CA 90039 <br> Number, Street, City, State & ZIP Code <br><br> Los Angeles <br> County | **Mailing address, if different from principal place of business** <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| 5. | **Debtor's website** (URL) | unicornsandunicorns.com |

| | | |
| --- | --- | --- |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor  Unicorns and Unicorns, LLC                                        Case number (*if known*) _____
_____Name_____

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|----------|---------|------|---------|-------------|---------|
| District | _____ | When | _____ | Case number | _____ |

Debtor     Unicorns and Unicorns, LLC _____     Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**▆ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    Unicorns and Unicorns, LLC _____    Case number (*if known*) _____
        Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Unicorns and Unicorns, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 23, 2024
             MM / DD / YYYY

X _____          Adrianne McCurrach
Signature of authorized representative of debtor          Printed name

Title    Managing Member

**18. Signature of attorney**

X  /s/ Matthew D. Resnik                          Date  July 23, 2024
Signature of attorney for debtor                         MM / DD / YYYY

Matthew D. Resnik
Printed name

RHM LAW LLP
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone  (818) 285-0100       Email address  matt@rhmfirm.com

(SBN 182562) CA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Unicorns and Unicorns, LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express POB 96001 Los Angeles, CA 90096-8000 | | Credit card | | | | $182,819.66 |
| City Wide General Cleaning & Mainte Joel Bates 21 Tec Street Hicksville, NY 11801 | | Cleaning services | | | | $13,888.10 |
| Color X Inc. 866 6th Ave. New York, NY 10001 | | Vendor - art department | | | | $84,493.00 |
| DI-POST LLC 1351 N. Crescent Heights Bl., #108 Los Angeles, CA 90046 | | Vendor - editorial services | | | | $52,750.00 |
| Gay Guthrie x The Standard Society 1728 Maple Ave Northbrook, IL 60062 | | Sales Rep | | | | $20,247.60 |
| Greco Décor Inc. 347 S. Clarence Street Los Angeles, CA 90033 | | Vendor - art department | | | | $231,011.92 |
| HALO Branded Solutions, Inc. Attn:  Nicole Lewis 1500 Halo Way Sterling, IL 61081 | | Vendor - Props | | | | $33,734.89 |
| Hub's Manufacturing 228 East 45th Street, Suite 9E New York, NY 10017 | | Manufacturing vendor | | | | $47,229.49 |

| Debtor | Unicorns and Unicorns, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hybrid Collective 2355 Westwood Blvd., #783 Los Angeles, CA 90064 | | Vendor - editorial services | | | | $35,000.00 |
| IDEKO Productions LLC Amir Shayegan 999 S. Oyster Bay Rd. Suite 307 Bethpage, NY 11714 | | Services rendered - event support | | | | $23,888.00 |
| JBC Holdings NY LLC Keith Geller 108 W. 39th Street, 7th Fl New York, NY 10018 | | Vendor - brand embassador | | | | $21,123.74 |
| NEP II, Inc dba Screenworks, LLC 1900 Compton Ave, Suite 101 Corona, CA 92881 | | Video tech rental | | | | $199,951.64 |
| Rainbow Stars Studios 3750 Delmas Terrace, Unit 5 Los Angeles, CA 90034 | | Services rendered - visual effects | | | | $49,300.00 |
| Space Mgt, LLC Tom Pace 39 Schildknecht Rd Hurley, NY 12443 | | Art department | | | | $140,575.66 |
| The Aerial Studio LLC c/o Greg Curtis 3301 E Main St Ventura, CA 93003 | | Event support | | | | $31,383.58 |
| Thick and Thin 200 Biscayne Blvd. Way #4509 Miami, FL 33131 | | Sales rep | | | | $32,847.57 |
| Tractor Vision, Inc. 340 E. Jefferson Blvd. Los Angeles, CA 90011 | | Vendor - art department | | | | $59,035.00 |
| Trask House LLC Busi Yende 758 S Glasgow Ave Inglewood, CA 90301 | | Vendor -art department | | | | $73,925.49 |
| Trident Outfitters LLC DBA Swagdog Lora Huber PO Box 43956 Baltimore, MD 21236 | | Vendor - art department | | | | $11,266.66 |

Debtor  Unicorns and Unicorns, LLC

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| VII Studios c/o Michael Bucchino 11 Wisteria St #2 Salem, MA 01970 | | Vendor - digital services | | | | $25,963.18 |

## United States Bankruptcy Court
### Central District of California

In re    Unicorns and Unicorns, LLC

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Unicorns Collective LLC | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 23, 2024

Signature

Adrianne McCurrach

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at    Los Angeles                                    , California.

Date:    July 23, 2024

Adrianne McCurrach
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

<u>UNANIMOUS WRITTEN CONSENT OF</u>

<u>THE MANAGING MEMBER OF</u>

<u>UNICORNS AND UNICORNS, LLC</u>

<u>DATED: MAY 2, 2024</u>

Pursuant to §307(b) of the California Corporations Code and the operating agreement of **Unicorns and Unicorns, LLC** (the "LLC"), the undersigned, being the <u>50% managing member</u> of <u>Unicorns Collective, LLC,</u> *the sole and managing member of the LLC herein,* and in lieu of a meeting, hereby unanimously adopts the following recitals and resolutions:

WHEREAS, the managing member has determined that the LLC needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the LLC; and,

THEREFORE IT IS RESOLVED, that the LLC is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that the undersigned is hereby authorized and instructed to take whatever actions she deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.


_____

Adrianne McCurrach, *50% managing member of*
<u>Unicorns Collective, LLC,</u> *the sole and managing member of*
**Unicorns and Unicorns, LLC**

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | |

■ *Attorney for:*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>       Unicorns and Unicorns, LLC<br><br>                                    Debtor(s),<br><br>                                  Plaintiff(s),<br><br><br><br>                                  Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   Adrianne McCurrach                                    , the undersigned in the above-captioned case, hereby declare
               *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

      ■ I am the president or other officer or an authorized agent of the Debtor corporation
      ☐ I am a party to an adversary proceeding
      ☐ I am a party to a contested matter
      ☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
      class of the corporation's-s's') equity interests:
      *[For additional names, attach an addendum to this form.]*

  b.  ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| July 23, 2024 | By: | _____ |
|---|---|---|
| Date | | Signature of Debtor, or attorney for Debtor |

                    Name:   Unicorns and Unicorns, LLC
                              Printed name of Debtor, or attorney for
                              Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Matthew D. Resnik<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(818) 285-0100 Fax: (818) 855-7013<br>California State Bar Number: (SBN 182562) CA<br>matt@rhmfirm.com | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        Unicorns and Unicorns, LLC | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __7__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  July 23, 2024 _____

_____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  July 23, 2024 _____

_____
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Unicorns and Unicorns, LLC
2980 Allesandro Street, Ste 100
Los Angeles, CA 90039


Matthew D. Resnik
RHM LAW LLP
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


Adrianne McCurrach
2980 Allesandro Street, Ste 100
Los Angeles, CA 90039


American Express
POB 96001
Los Angeles, CA 90096-8000


APM Music
6255 Sunset Blvd, Ste 900
Los Angeles, CA 90028


Applebox Productions LLC
5809 Pattilo Way
Lithonia, GA 30058


ARRI Rental
3700 Vanowen Street
Burbank, CA 91505


Birns & Sawyer, Inc.
3039 Roswell Street
Los Angeles, CA 90065

Bloc Talent Agency, Inc.
1680 Vine St., Suite 600
Los Angeles, CA 90028


California Dept. of Tax and Fee
Special Procedures Section MIC: 29
P.O. Box 942879
Sacramento, CA 94279


City Wide General Cleaning & Mainte
Joel Bates
21 Tec Street
Hicksville, NY 11801


Color X Inc.
866 6th Ave.
New York, NY 10001


Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703-4261


DI-POST LLC
1351 N. Crescent Heights Bl., #108
Los Angeles, CA 90046


Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gay Guthrie x The Standard Society
1728 Maple Ave
Northbrook, IL 60062


Greco Décor Inc.
347 S. Clarence Street
Los Angeles, CA 90033


HALO Branded Solutions, Inc.
Attn: Nicole Lewis
1500 Halo Way
Sterling, IL 61081


Hub's Manufacturing
228 East 45th Street, Suite 9E
New York, NY 10017


Hybrid Collective
2355 Westwood Blvd., #783
Los Angeles, CA 90064


IDEKO
c/o Adam Kaufman, Esq.
Adam B. Kaufman & Associates PLLC
1074 Broadway, Ste. 121
Woodmere, NY, 11598


IDEKO Productions LLC
Amir Shayegan
999 S. Oyster Bay Rd. Suite 307
Bethpage, NY 11714


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
c/o CSC
P.O. Box 2576
Springfield, IL 62708


Itria Ventures, LLC
Brandywine Building
1000 N. West St., #1200
Wilmington, DE 19801


JBC Holdings NY LLC
Keith Geller
108 W. 39th Street, 7th Fl
New York, NY 10018


Kitchen Mouse
5904 N. Figueroa Street
Los Angeles, CA 90042


NEP II, Inc dba Screenworks, LLC
1900 Compton Ave, Suite 101
Corona, CA 92881


Pacific Production Services, LLC
1481 E. 4th Street
Los Angeles, CA 90033


Popcasting
200 S. La Brea Ave.
Los Angeles, CA 90036

Rainbow Stars Studios
3750 Delmas Terrace, Unit 5
Los Angeles, CA 90034


Rick Enterprises, Inc.
PO Box 1707
Burbank, CA 91507-1707


Roberta M. Wolff, Esq
521 South Rossmore Ave
Los Angeles, CA 90020


Space Mgt, LLC
Tom Pace
39 Schildknecht Rd
Hurley, NY 12443


Sun Komen
2980 Allesandro Street, Ste 100
Los Angeles, CA 90039


Sunbelt Rentals Inc.
PO Box 8727
Rancho Cucamonga, CA 91701


Swell Music & Sound, Inc
810 San Carlos Ave
Albany, CA 94706


Taylor and Taylor
15060 Ventura Blvd, Suite 201
Sherman Oaks, CA 91403-2436

The Aerial Studio LLC
c/o Greg Curtis
3301 E Main St
Ventura, CA 93003


Thick and Thin
200 Biscayne Blvd. Way #4509
Miami, FL 33131


Tractor Vision, Inc.
340 E. Jefferson Blvd.
Los Angeles, CA 90011


Trask House LLC
Busi Yende
758 S Glasgow Ave
Inglewood, CA 90301


Trident Outfitters LLC DBA Swagdog
Lora Huber
PO Box 43956
Baltimore, MD 21236


U.S. Small Business Admin.
312 N. Spring Street, 5th FL
Los Angeles, CA 90012


UPS Supply Chain Solutions, Inc.
28013 Network Place
Chicago, IL 60673-1280


VII Studios
c/o Michael Bucchino
11 Wisteria St #2
Salem, MA 01970

```
Vision Prompt, Inc.
23958 Craftsman Road
Calabasas, CA 91302


Watchman Media
6254 97th Place #PH-G
Rego Park, NY 11374
```