PETER C. ANDERSON
UNITED STATES TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017-3560
(213) 894-4520 telephone
(213) 894-2603 facsimile
*Email: USTP.Region16@usdoj.gov*

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>UNICORNS AND UNICORNS, LLC,<br><br>                    Debtor. | Case No.: 2:24-bk-15827-DS<br><br>Chapter: 11<br><br>**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE** |

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee hereby appoints the following qualified individual as Subchapter V trustee in the above-captioned case:

Susan K. Seflin, Esq.
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
(818) 827-9210 (Telephone)
(818) 429-8255 (Cell)
(818) 827-9053 (Fax)
sseflin@bg.law

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: July 24, 2024

UNITED STATES TRUSTEE

*/s/ Peter C. Anderson*
PETER C. ANDERSON

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| IN RE:<br><br>Unicorns and Unicorns, LLC,<br><br>Debtor. | CASE NO. 2:24-bk-15827-DS<br><br>CHAPTER 11 |

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding and except as otherwise set forth below, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)  am not a creditor, equity security holder or insider of the debtor;

(b)  am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)  do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $650, in addition to seeking reimbursement for any actual and necessary expenses I incur. The compensation for my trustee administrator is an hourly rate of $250. Pursuant to Federal Rule of Bankruptcy Procedure 2008, I hereby accept my appointment as SubChapter V trustee in this case.

Dated: July 24, 2024

_____
Susan K. Seflin
21650 Oxnard St, Suite 500
Woodland Hills, CA 91367
Tel: (818) 827-9000
Email: sseflin@bg.law